IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE L. JOHNSON,

    Petitioner,

v.                                                                              4:17cv93–WS/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

    Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 23) docketed May 16, 2018. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (doc. 1) be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 23) is hereby

ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DENIED."

4. A certificate of appealability is DENIED.

DONE AND ORDERED this    19th    day of    June   , 2018.


　　　　　　　　　　　　　　s/ William Stafford
　　　　　　　　　　　　　　WILLIAM STAFFORD
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE